IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH LEE** : | | |
| *Plaintiff*, : | | CIVIL ACTION |
| : | | |
| v. : | | |
| : | | |
| **PHILADELPHIA PARKING AUTHORITY,** : | | |
| et al., : | | No. 14-6203 |
| *Defendants*. : | | |

# O R D E R

**AND NOW**, this 3rd day of December, 2014, upon consideration of a letter from Kenneth Lee received by the Court today asking for additional time to file an amended complaint, **the Court HEREBY ORDERS that** Mr. Lee shall have until December 31, 2014, to file an amended complaint. In the event that the amended complaint is drafted in whole or in part by someone who is licensed to practice law in any jurisdiction, the full name of such person must be disclosed to the Court.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1